# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-1256**                  **September Term, 2023**

EPA-89FR39254

**Filed On:** August 1, 2024

American Chemistry Council,

       Petitioner

    v.

Environmental Protection Agency,

       Respondent

**O R D E R**

Upon consideration of the unopposed motion to transfer this petition for review, it is

**ORDERED** that the motion be granted. The Clerk is directed to transmit the original files, including a copy of this order, to the United States Court of Appeals for the Fifth Circuit.

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                                   BY:     /s/
                                                  Erica Thorner
                                                  Deputy Clerk